UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE W. JEAN LOUIS,<br><br>    Plaintiff,<br><br>    v.<br><br>GOVERNOR STATE OF CALIFORNIA, et al.,<br><br>    Defendants. | Case No. 18-cv-06499-HSG (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff has failed to comply with the Court's order to (1) file an application to proceed *in forma pauperis* ("IFP"), or (2) pay the filing fee of $400.00. Accordingly, the action is DISMISSED without prejudice for failure to respond to the Court's order and for failure to prosecute under Federal Rule of Civil Procedure 41(b). Any motion to reopen **must** contain a completed IFP application or full payment for the filing fee. The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: 12/19/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge