UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE W. JEAN LOUIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GOVERNOR STATE OF CALIFORNIA, et al.,<br><br>　　　　Defendants. | Case No. 18-cv-06499-HSG (PR)<br><br>**JUDGMENT** |

A judgment of dismissal without prejudice is entered.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 12/19/2018

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　United States District Judge